# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ALEX AND KIRA CHARLTON, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF G.C., A MINOR, | : No. 587 MAL 2020<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court |
| Petitioners | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| STEVEN M. TROY, D.O., HAN OB-GYN ASSOCIATES OF DELAWARE COUNTY, HEALTH ACCESS NETWORK, DELAWARE COUNTY MEMORIAL HOSPITAL AND CROZER-KEYSTONE HEALTH SYSTEM, | : |
| Respondents | : |
| ALEX AND KIRA CHARLTON, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF G.C., A MINOR, | : No. 588 MAL 2020<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court |
| Petitioners | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| STEVEN M. TROY, D.O., HAN OB-GYN ASSOCIATES OF DELAWARE COUNTY, HEALTH ACCESS NETWORK, DELAWARE COUNTY MEMORIAL HOSPITAL AND CROZER-KEYSTONE HEALTH SYSTEM, | : |
| Respondents | : |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 30th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.

      Additionally, Pennsylvania Association of Justice's Application of Amicus Curiae for Leave to File Statement in Support of Allowance of Appeal is **GRANTED**.